IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:12-CR-00062-BCW-1 |
| ) | |
| FRANK G. HAWKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. #70) granting Defendant's Motion for Suppression of Tape Recorded Conversations (Doc. #42) and denying Defendant's Motion for Rehearing (Doc. #67). The United States filed objections to the Report and Recommendation. See Doc. #73. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Magistrate Judge Hays' Report and Recommendation (Doc. #70) shall be attached to and made part of this Order, and the Court grants Defendant's Motion for Suppression of Tape Recorded Conversations (Doc. #42) and denies Defendant's Motion for Rehearing (Doc. #67).

IT IS SO ORDERED.

DATED: April 9, 2013

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT